IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PALM HARBOR HOMES, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO.: 1:08-cv-00196-TFM |
| | * | |
| MICHAEL AND JENNIFER WALTERS, | * | |
| CHESTER DRISKELL, | * | |
| | * | |
| Defendants. | * | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Chester Driskell, one of the Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

These party is an individual and is not aware of any reportable relationships.

_____
C. Lance Gould (ASB-0913-G66C)
Attorney for Defendants

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103
(334) 269-2343
(334) 954-7555 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing upon all parties listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 27th day of March, 2008.

Winston C. Edwards  
David C. Hilyer  
Craddock, Reneker & Davis, LLP  
4142 Carmichael Road, Suite C  
Montgomery, Alabama 36106  

Lee E. Bains, Jr.  
Thomas W. Thagard, III  
Edward A. Hosp  
J. Ethan McDaniel  
1901 6th Avenue North  
2400 AmSouth/Harbert Plaza  
Birmingham, Alabama 35203  
(205) 254-1000 (Telephone)  
(205) 254-1999  

_____  
OF COUNSEL