**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 28, 2008

# NOTICE OF REASSIGNMENT

Re:   Palm Harbor Homes, Inc. v. Walters, et al.
      Civil Action No. #1:08-cv-00196-TFM

The above-styled case has been reassigned to Chief Judge Mark E. Fuller.

Please note that the case number is now #1:08-cv-00196-MEF. This new case number should be used on all future correspondence and pleadings in this action.