IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PALM HARBOR HOMES, INC )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>MICHAEL AND JENNIFER WALTERS, )<br>CHESTER DRISKELL, )<br>)<br>Defendants ) | CASE NUMBER: <u>1:08CV196</u> |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Palm Harbor Homes, Inc., a Plaintiff in the above styled matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are some of the subsidiaries of Palm Harbor Homes, Inc. and are hereby reported:

| Reportable Entity | Relationship to the Party |
|---|---|
| Palm Harbor GenPar, LLC | Subsidiary |
| Palm Harbor Manufacturing L. P. | Subsidiary |
| Nationwide Homes, Inc. | Subsidiary |
| Standard Casualty Co. | Subsidiary |
| Standard Insurance Agency Inc., | Subsidiary |
| CountryPlace Mortgage, LTD | Subsidiary |

Respectfully submitted this 4th day of April, 2008.

/s/ David C. Hilyer
WINSTON W. EDWARDS (137576)
LEE E. BAINS, JR.
THOMAS W. THAGARD, III
EDWARD A. HOSP
J. ETHAN MCDDANIEL
DAVID C. HILYER (293823)
Attorneys for Plaintiff Palm Harbor Homes, Inc.

OF COUNSEL:

CRADDOCK DAVIS & KRAUSE LLP
4142 Carmichael Road, Suite C
Montgomery, AL 36106-2802
(334) 215-3064    Telephone
(334) 215-7843    Facsimile

Maynard, Cooper & Gayle
1901 6th Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
205-254-1000    Telephone
205-254-1999    Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon all counsel of record as listed below by electronic mail on this the 4TH day of April, 2008.

/s/ David C. Hilyer
OF COUNSEL

Lance Gould, Esq.
Lance.Gould@BeasleyAllen.com
BEASLEY, ALLEN
P.O. Box 4160
Montgomery, AL 36103