IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PALM HARBOR HOMES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:08-cv-196-MEF |
| ) | |
| MICHAEL WALTERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Defendants' Motion to Compel Arbitration or in the Alternative to Dismiss Plaintiff's Complaint for Declaratory Relief (Doc. #11) filed on April 17, 2008, it is hereby ORDERED as follows:

1. The plaintiffs file a response which shall include a brief and any evidentiary materials on or before May 2, 2008.

2. The defendants may file a reply brief on or before May 9, 2008.

DONE this 17th day of April, 2008.

                                                   /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE