**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PALM HARBOR HOMES, INC. | ) |
| Plaintiff | ) |
| vs. | ) CASE NUMBER: <u>1:08CV196</u> |
| MICHAEL AND JENNIFER WALTERS, CHESTER DRISKELL, | ) |
| Defendants | ) |

### AFFIDAVIT OF RUSSELL SARGENT

BEFORE ME, the undersigned authority, personally appeared Russell Sargent, being by me first duly sworn, doth depose and say as follows:

"My name is Russell Sargent. I am now and, at all times relevant to this lawsuit, have been employed by Palm Harbor Homes, Inc. as its Quality Manager. I make this affidavit based upon my personal knowledge, the facts of the case and the records of Palm Harbor Homes, Inc.

I have reviewed Palm Harbor's records and the total number of homes in the hot, humid and fringe climate in Alabama that have "vapor on gypsum" wallboard on each wall in the home is forty-five (45). In addition, the total number of Palm Harbor homes in the hot, humid and fringe climate in Alabama that have "vapor on gypsum" wallboard on at least one wall in the home is seventy-five (75)."

Further affiant says not.

_____
Russell Sargent
Palm Harbor Homes, Inc.

1

STATE OF NORTH CAROLINA
COUNTY OF Stanly

    Before me, the undersigned a Notary Public in and for State and County aforesaid, personally appeared Russell Sargent, who is personally known to me and who, being by me first duly sworn doth depose and say that he signed the above affidavit and that it is true and correct to the best of his knowledge.

Done this the 16th day of April, 2008.

Crystal Thompson
NOTARY PUBLIC

(SEAL)

My Commission Expires: 9-27-2012

2