# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 22, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Palm Harbor Homes, Inc. vs. Michael Walters, et al**
**Case Number: 1:08cv196-MEF**

**Pleading : #13 Motion to Remand and #14 Motion to Remand (Exhibit A)**

**Notice of Correction is being  filed this date to advise that  the referenced  pleadings were e-filed on 4/18/08 as Motions to Remand.  However, document #14 is not a Motion to Remand. It is an "Exhibit A" to document #13 Motion to Remand.  Therefore, document #14 (Exhibit A) has been stricken from the record and attached to document #13 as an attachment.**