IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

PALM HARBOR HOMES, INC.,              )
                                      )
            Plaintiff,                )
v.                                    )    CASE NO. 1:08-cv-196-MEF
                                      )
MICHAEL WALTERS, *et al.*,            )
                                      )
            Defendants.               )

# **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #13) filed on April

18, 2008, it is hereby ORDERED as follows:

1. The defendants file a response which shall include a brief and any evidentiary

materials on or before May 7, 2008.

2.  The plaintiffs may file a reply brief on or before May 14, 2008.

DONE this the 23rd day of April, 2008.


                            _____/s/ Mark E. Fuller_____
                            CHIEF UNITED STATES DISTRICT JUDGE