IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PALM HARBOR HOMES, INC ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NUMBER: <u>1:08CV196</u> |
| ) | |
| MICHAEL AND JENNIFER WALTERS, ) | |
| CHESTER DRISKELL, ) | |
| ) | |
| Defendants ) | |

### MOTION TO STRIKE REQUEST FOR FEES AND EXPENSES
### AND
### <u>MOTION TO CONTINUE DEADLINES</u>

Plaintiff, Palm Harbor Homes Inc. ("Palm Harbor"), respectfully asks that the request for costs and expenses inadvertently included in Palm Harbor's Motion to Remand and Brief in Support thereof (Docs. #13 and 15) be stricken. In the alternative, Palm Harbor hereby withdraws the request for costs and expenses included in its Motion and Brief. Counsel for Palm Harbor intended to delete the request in both its Motion and the accompanying Brief, and apologizes to the Court and opposing counsel for its inclusion in the filed copies of those documents.

Plaintiff further asks that the Court continue to deadlines set by the Court (Doc. #12) to respond to the Defendant's Motion to Dismiss or in the Alternative Motion to Compel Arbitration pending resolution of the Plaintiff's Motion to Remand. Counsel for Plaintiff has consulted with counsel for Defendants and Defendants consent to the continuance of these deadlines.

Respectfully submitted this 30th day of April, 2008.

/s/ Edward A. Hosp
Edward A. Ted" Hosp

One of the Attorneys for Plaintiff Palm Harbor Homes, Inc

MAYNARD, COOPER & GALE, PC
1901 6th Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
205-254-1000     Telephone
205-254-1999     Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon all counsel of record as listed below by electronic mail on this the 30th day of April, 2008.

>/s/ Edward A. Hosp
>OF COUNSEL

Lance Gould, Esq.
Lance.Gould@BeasleyAllen.com
BEASLEY, ALLEN
P.O. Box 4160
Montgomery, AL 36103