IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PALM HARBOR HOMES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:08-cv-196-MEF |
| | ) |
| MICHAEL WALTERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Strike Request for Fees and Expenses and Motion to Continue Deadlines (Doc. #18) filed on April 30, 2008, it is hereby

ORDERED that the motions are GRANTED.

DONE this 1st day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE